# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**Honorable** _____    **Hearing Date** _____

**Bankruptcy Case No.** _____    **Adversary No.** _____

**Title of Case** _____

**Brief Statement of Motion** _____

**Names and Addresses of moving counsel** _____

**Representing** _____

# ORDER

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6/11/99