# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REO Moving & Van Lines, Inc. | ) | Case No.  06-5835 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Wedoff |

## CERTIFICATE OF SERVICE
## MOTION FOR FINAL DECREE

   I, Karen J. Porter, an attorney, certify  that I caused a true and correct of the Motion for Final Decree Closing Chapter 11 Case  which is attached hereto as Exhibit A  to be served on the parties  listed on the attached service list by first class mail, postage fully prepaid, form my offices located at 11 East Adams, Suite 906, Chicago, Illinois on October 24, 2007.

                              By:_/s/Karen J. Porter
                              Karen J. Porter (Atty No 6188626)
                              **LAW OFFICES OF**
                              **KAREN J. PORTER, LTD**.
                               11 East Adams Suite 906
                               Chicago, IL 60603
                               312-673-0333
                               Fax 312-673-0334

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REO Moving & Van Lines, Inc. | ) | Case No.   06-5835 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Wedoff |

## NOTICE OF MOTION

To:   See attached service list

**PLEASE TAKE NOTICE** that on **Wednesday, October 30, 2007** at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Wedoff in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **Debtor's Motion for a Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

By:/s/Karen J. Porter
Karen J. Porter, Atty No.  6188626
**LAW OFFICES OF**
**KAREN J. PORTER, LTD.**
11 East Adams, Suite 906
Chicago, Illinois 60603
312-673-0333
Fax 312.673-0334

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I served a copy of the foregoing notice and attached motion on the parties listed on the attached service list as indicated on the attached service list from my offices at 11 East Adams, Suite 906 Chicago, IL 60603 on October 24, 2007.

By:/s/Karen J. Porter

REO Moving & Van Lines
Case No.  06-5835
Service List

7115  S. Currency Exchange
Alan Shrifrin &  Associates
3315 Algonquin Suite 202
Rolling Meadows, IL 60008

Administrative Professional Update
370 Technology Drive
P.O. Box 3019
Malvero  PA  19355

Allied Waste
2608 South Damen
Chicago, Il 60608

Ameri-Source Publications
P.O. Box 2661
Champlain NY 12919

Anthony  Schumann Ltd.
Grant, Holt & Schumann
30 North LaSalle Street, Suite 3400
Chicago, Il 60602

AT & T
Billing Payment Center
Saginaw  MI  48663-0003

Bell Boyd & Lloyd
Attention: John Delnero
70 West Madison, Suite 3100
Chicago, Il 60602

BMW Truck Repair
3701 S. Iron Street
Chicago, Il 60609

Bruce Jackson
150 North Wacker Drive
Suite 2600
Chicago, Il 60606

Burt & Associates
5204 Tennyson Parkway
Suite 300
Plano Texas 75024

Murphy Lemon & Assoc
P.O. Box 2206
DesPlaines, IL 60017-2206

Carson Tire Service
1627 West Hubbard
Chicago, IL 60622

Chicago International Truck
1827 Walden Office Square
Suite 275
Schaumburg, IL 60173

Cimco Communications
1901 S. Meyers Road
Suite 700
Oakbrook Terrace IL 60181

Cingular Wireless
P.O. Box 6428
Carol  Stream Il 60197

City of Chicago
Dept. of Water Management
333 South Street, Suite LL10
Chicago, Il.  60604

City of Chicago
Law Department
30 North LaSalle Suite 700
Chicago, IL 60602

City of Chicago Department of Revenue
Business Unit
333 South State Street  Suite 540
Chicago  Il  60604-3977

City of Chicago Department of Revenue
Parking- Bankruptcy
333 South State Street  Suite 540
Chicago  Il  60604-3977

Claim Assist: Rush University
Two Wells Avenue
Newton MA 02459

Clovis & Rocheno
P.O. Box 1164
Metairie LA  70004

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Corliss, Inc
c/o McCarthy Duffy Nexhart
180 North LaSalle
Chicago, Il 60602

Credit Decisions International Ltd
P.O. Box 1394
Park Ridge IL 60068

CT Corporation
208 South LaSalle Street
Suite 814
Chicago, IL 60604



D&B RMS
340 Interstate N. Parkway
P.O. 723001
Atlanta  GA  31139


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville Fl 32256

G&S Trailer Repair Ltd
3359 S. Lawndale
Chicago, IL 60623

GE Capital
P.O. Box  532617
Atlanta GA 30353-2617

GE Capital
1010 Thomas Edison Blvd SW
Cedar Rapids  IA  52804

Gene Goodwillie Company
1820 North 30th Ave
Melrose Park Il 60160

General Casualty Company
Teller Levit &  Silvertrust
11 East Adams, Suite 800
Chicago, IL 60603

Genesis Logistics
1942 Shawnee Road
Eagan, MN 55122

Globalcom
200 East Randolph St.
23rd Floor
Chicago, Il 60601

Grant Holt & Shuman
30 North LaSalle Street
Suite 3400
Chicago, Il 60602

Hinckley Springs
4170 Tanner Creek Dr.
Flowery Branch

Kaxman Publications
P.O. Box 3542
Champlain  NY  12919-3542

Kendric Truit
c/o Frank Santilla
111 West Washington
Chicago, IL 60602

Leader Box Corporation
4831 South May St
Chicago, IL 60622

MCI
P.O. Box 371838
Pittsburg  PA  15250-7838

Metropolitan Properties of Chicago
310 South Michigan
Chicago, IL 60604

National Credit Systems
117 East 24th Street
5th Floor
New York, NY 10016

National Motor Freight Traffic
2200 Mill Road
Alexandria VA 22314-4687

National Pen Company
P.O. Box 55000
Detroit MI 48255-2745

Nationwide Credit Collection
9919 Roosevelt Road
Westchester, IL 60154

Navistar Financial Corporation
c/o Kathleen N. Siegel
425 N. Martingale Road, 18th Flr
Schaumburg, IL 60173

NBIE c/o TIMS
6226 4th Street
Chesapeake Beach, MD  20732

Office Depot
P.O. Box 633204
Cincinatti  OH 45263

Pentagroup Financial
P.O. Box 742209
Houston TX 77274

Peoples Gas Light & Coke Co
130 East Randolph  Dr
Chicago, IL 60601

Pitney Bowes
27 Waterview Dr.
Shelton  CT 06484

Praxair Distribution
RMS Bankruptcy Recovery Service
P. O. B. 5126
Timonium MD 21094

Pronger Smith Medical
17495 S. LaGrange Road
Tinley Park  IL  60477

RH Donnelley Publishing
c/o Jack H. Rottner
P.O. Box  10417
Chicago Il 60610

Roadway Express
P.O. Box 93151
Chicago, Il 60673-3151

Robert Schuman
8700 North Waukegan Road
Morton Grove, Illinois 60053

Robert Stevenson
Winters Enright Salzetta
111 West Washington
Chicago, IL 60602

Royal Publishing
7620 N. Harker Drive
Peoria IL 61615-1849

Stein & Rotman
105 West Madison
Chicago, IL 60602

Telecom Management
1315 Louis Avenue
Elk Grove Village IL 60007

The Putze Family
c/o Alan S Farnell
10  South LaSalle Suite 3300
Chicago   IL  60603

The Roscoe Company
3535 West Harrison
Chicago, IL 60604

Tommy Mooney
c/0 Sabrina Wilkins
407 South Dearborn-Suite 1475
Chicago, IL 60605

Transword Systems, Inc
78994-0011264732
25 North East Point Blvd
Suite 750
Elk Grove Village 60007

Unicare
P.O. Box 5051
Bolingbrook IL 60440-5051

United Airlines Recovery Dept
P.O. Box 724
Norcross GA 30091

Verio Web Hosting
P.O. Box 972312
Dallas TX 73597

Verizon Wireless
P.O. Box 6170
Carol Stream, IL 60197-6170

Verizon Wireless
P.O.  Box 25506
Lehigh Valley PA  18002-5006

Warren  Oil
Credit Decisions International, Ltd.
P.O. Box 1394
Park Ridge, Il 60068

Xerox Capital Services
1301 Ridgeview Dr
Lewisville TX 75057

Yellow Book USA
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium  MD 21094

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REO Moving & Van Lines, Inc. | ) | Case No.  06-5835 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Wedoff |

**DEBTOR'S MOTION FOR A FINAL DECREE  CLOSING CHAPTER 11 CASE**

REO Moving & Van Lines, Inc("Debtor"), by and through the undersigned, moves this honorable court pursuant to 11 U.S.C. §105 and Bankruptcy Rule 3022 to issue a final decree closing this chapter 11 case, and in support thereof  respectfully states as follows:

1.	Debtor commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a  voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on May 20, 2006 in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2.	 On April 27, 2007, the court entered an order confirming the Debtor's Plan of Reorganization (the " Plan").

3.	On June 1, 2007 the Effective Date of the Plan occurred.

4.	The Debtor has made payments to  the Class One Secured Creditor Navistar.  The Debtor also issued payments to the Class Two and Class Four Creditors.

5.	The Debtor has not made payments to Class Five, Unsecured Claims and Class Six Personal Injury Claims.

6.	Pursuant to the terms of the Plan, Class Three was eliminated and therefore Class Three was  not to receive any disbursements under the Plan.

      7.     The Debtor has filed a status reports on October 24, 2007 advising the court and parties in interest of its performance under the Plan.

      8.     The Debtor has or will paid all quarterly fees that have or will become due through the end of October, 2007.

      9.     The Debtor requests that the court enter a final decree closing this chapter 11 case.

WHEREFORE, the Debtor prays that this Court enter an order entering a final decree, closing this chapter 11 case and for such other relief as this Court deems proper and just.

                                                REO MOVING & STORAGE, INC.

                                                By: _/s/Karen J. Porter
                                                    One of its attorneys

Karen J. Porter, Atty No. 6188626
**LAW OFFICES OF**
**KAREN J. PORTER, LTD.**
11 East Adams, Suite 906
Chicago, Illinois 60603
312-673-0333
Fax 312.673-0334

REO Moving & Van Lines
Case No. 06-5835
Service List

7115 S. Currency Exchange
Alan Shrifrin & Associates
3315 Algonquin Suite 202
Rolling Meadows, IL 60008

Administrative Professional Update
370 Technology Drive
P.O. Box 3019
Malvero PA 19355

Allied Waste
2608 South Damen
Chicago, Il 60608

Ameri-Source Publications
P.O. Box 2661
Champlain NY 12919

Anthony Schumann Ltd.
Grant, Holt & Schumann
30 North LaSalle Street, Suite 3400
Chicago, Il 60602

AT & T
Billing Payment Center
Saginaw MI 48663-0003

Bell Boyd & Lloyd
Attention: John Delnero
70 West Madison, Suite 3100
Chicago, Il 60602

BMW Truck Repair
3701 S. Iron Street
Chicago, Il 60609

Bruce Jackson
150 North Wacker Drive
Suite 2600
Chicago, Il 60606

Burt & Associates
5204 Tennyson Parkway
Suite 300
Plano Texas 75024

Murphy Lemon & Assoc
P.O. Box 2206
DesPlaines, IL 60017-2206

Carson Tire Service
1627 West Hubbard
Chicago, IL 60622

Chicago International Truck
1827 Walden Office Square
Suite 275
Schaumburg, IL 60173

Cimco Communications
1901 S. Meyers Road
Suite 700
Oakbrook Terrace IL 60181

Cingular Wireless
P.O. Box 6428
Carol Stream Il 60197

City of Chicago
Dept. of Water Management
333 South Street, Suite LL10
Chicago, Il. 60604

City of Chicago
Law Department
30 North LaSalle Suite 700
Chicago, IL 60602

City of Chicago Department of Revenue
Business Unit
333 South State Street  Suite 540
Chicago  Il  60604-3977

City of Chicago Department of Revenue
Parking- Bankruptcy
333 South State Street  Suite 540
Chicago  Il  60604-3977

Claim Assist: Rush University
Two Wells Avenue
Newton MA 02459

Clovis & Rocheno
P.O. Box 1164
Metairie LA  70004

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Corliss, Inc
c/o McCarthy Duffy Nexhart
180 North LaSalle
Chicago, Il 60602

Credit Decisions International Ltd
P.O. Box 1394
Park Ridge IL 60068

CT Corporation
208 South LaSalle Street
Suite 814
Chicago, IL 60604

D&B RMS
340 Interstate N. Parkway
P.O. 723001
Atlanta  GA  31139

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville Fl 32256

G&S Trailer Repair Ltd
3359 S. Lawndale
Chicago, IL 60623

GE Capital
P.O. Box  532617
Atlanta GA 30353-2617

GE Capital
1010 Thomas Edison Blvd SW
Cedar Rapids  IA  52804

Gene Goodwillie Company
1820 North 30th Ave
Melrose Park Il 60160

General Casualty Company
Teller Levit &  Silvertrust
11 East Adams, Suite 800
Chicago, IL 60603

Genesis Logistics
1942 Shawnee Road
Eagan, MN 55122

Globalcom
200 East Randolph St.
23rd Floor
Chicago, Il 60601

Grant Holt & Shuman
30 North LaSalle Street
Suite 3400
Chicago, Il 60602

Hinckley Springs
4170 Tanner Creek Dr.
Flowery Branch

Kaxman Publications
P.O. Box 3542
Champlain  NY  12919-3542

Kendric Truit
c/o Frank Santilla
111 West Washington
Chicago, IL 60602

Leader Box Corporation
4831 South May St
Chicago, IL 60622

MCI
P.O. Box 371838
Pittsburg  PA  15250-7838

Metropolitan Properties of Chicago
310 South Michigan
Chicago, IL 60604

National Credit Systems
117 East 24th Street
5th Floor
New York, NY 10016

National Motor Freight Traffic
2200 Mill Road
Alexandria VA 22314-4687

National Pen Company
P.O. Box 55000
Detroit MI 48255-2745

Nationwide Credit Collection
9919 Roosevelt Road
Westchester, IL 60154

Navistar Financial Corporation
c/o Kathleen N. Siegel
425 N. Martingale Road, 18th Flr
Schaumburg, IL 60173

NBIE c/o TIMS
6226 4th Street
Chesapeake Beach, MD  20732

Office Depot
P.O. Box 633204
Cincinatti  OH 45263

Pentagroup Financial
P.O. Box 742209
Houston TX 77274

Peoples Gas Light & Coke Co
130 East Randolph  Dr
Chicago, IL 60601

Pitney Bowes
27 Waterview Dr.
Shelton  CT 06484

Praxair Distribution
RMS Bankruptcy Recovery Service
P. O. B. 5126
Timonium MD 21094

Pronger Smith Medical
17495 S. LaGrange Road
Tinley Park  IL  60477

RH Donnelley Publishing
c/o Jack H. Rottner
P.O. Box  10417
Chicago Il 60610

Roadway Express
P.O. Box 93151
Chicago, Il 60673-3151

Robert Schuman
8700 North Waukegan Road
Morton Grove, Illinois 60053

Robert Stevenson
Winters Enright Salzetta
111 West Washington
Chicago, IL 60602

Royal Publishing
7620 N. Harker Drive
Peoria IL 61615-1849

Stein & Rotman
105 West Madison
Chicago, IL 60602

Telecom Management
1315 Louis Avenue
Elk Grove Village IL 60007

The Putze Family
c/o Alan S Farnell
10  South LaSalle Suite 3300
Chicago   IL  60603

The Roscoe Company
3535 West Harrison
Chicago, IL 60604

Tommy Mooney
c/0 Sabrina Wilkins
407 South Dearborn-Suite 1475
Chicago, IL 60605

Transword Systems, Inc
78994-0011264732
25 North East Point Blvd
Suite 750
Elk Grove Village 60007

Unicare
P.O. Box 5051
Bolingbrook IL 60440-5051

United Airlines Recovery Dept
P.O. Box 724
Norcross GA 30091

Verio Web Hosting
P.O. Box 972312
Dallas TX 73597

Verizon Wireless
P.O. Box 6170
Carol Stream, IL 60197-6170

Verizon Wireless
P.O.  Box 25506
Lehigh Valley PA  18002-5006

Warren  Oil
Credit Decisions International, Ltd.
P.O. Box 1394
Park Ridge, Il 60068

Xerox Capital Services
1301 Ridgeview Dr
Lewisville TX 75057

Yellow Book USA
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium  MD 21094