# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | October 30, 2007 |
| Bankruptcy Case No. | 06 B 05835 | Adversary No. | |

Title of Case: REO Moving & Van Lines, Inc.

Brief Statement of Motion: Debtor's Motion for Final Decree

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED THAT:

Debtor's Motion for Final Decree is set for hearing before Judge Wedoff on November 27, 2007 at 10:00 a.m. for hearing as to lack of notice of confirmation to creditors under Rule 2002(f)(7).

Enter:

Honorable Jack B. Schmetterer

ENTER: _____
Jack B. Schmetterer, USBJ