**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REO Moving & Van Lines, Inc. | ) | Case No.   06-5835 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Wedoff |

**CERTIFICATE OF SERVICE**:  **NOTICE OF PLAN CONFIRMATION
POSTCONFIRMATION STATUS AND ENTRY OF FINAL DECREE**

     I, Karen J. Porter, an attorney, certify that I caused a true and correct of the Notice which is attached hereto as Exhibit A  to be served on the parties  listed on the attached service list by first class mail, postage fully prepaid, form my offices located at 11 East Adams, Suite 906, Chicago, Illinois on November 15, 2007.

                                     By:_/s/Karen J. Porter
                                     Karen J. Porter (Atty No 6188626)
                                     **LAW OFFICES OF
                                     KAREN J. PORTER, LTD**.
                                   11 East Adams Suite 906
                                   Chicago, IL 60603
                                   312-673-0333
                                   Fax 312-673-0334

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REO Moving & Van Lines | ) | Case No. 06-5835 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Wedoff |

To:   The attached service list of the Debtor's creditors.

**NOTICE REGARDING:(A) ORDER  CONFIRMING PLAN OF REORGANIZATION; POSTCONFIRMATION STATUS HEARING AND ENTRY OF FINAL DECREE**

1.  **Confirmation of Plan of Reorganization**: On April 26, 2007 the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division Judge Eugene R. Wedoff presiding, entered an Order Confirming the Plan of Reorganization of REO Moving & Van Linesd (the "Plan").

2.  **Effective Date**:  On June 1, 2007, the Effective Date occurred.

3.  **Copies of the Confirmation Order and Plan**: Any creditor that wishes to receive a copy of the Order Confirming the Plan and the Plan should send a written request to the Debtor's counsel and a copy will be forwarded to such creditor by mail.

4.  **Status Hearing and Entry of Final Decree**: The court has set November 27, 2007 at 10:00 a.m as the date and time for the status hearing on, among other things, the entry of a final decree and an order closing this chapter 11 case.  You may appear at the status hearing and be heard if you so choose.

>REO MOVING & VAN LINES
>
>By:/s/_Karen J. Porter_
>Karen J. Porter (Atty No 6188626)
>**LAW OFFICES OF**
>**KAREN J. PORTER, LTD**.
>11 East Adams Suite 906
>Chicago, IL 60603
>312-673-0333
>Fax 312-673-0334

REO Moving & Van Lines,
Case No. 06-05835
Service List All Creditors

7115 S. Currency Exchange
Alan Shrifrin & Associates
3315 Algonquin Suite 202
Rolling Meadows, IL 60008

Administrative Professional Update
370 Technology Drive
P.O. Box 3019
Malvero  PA  19355

Allied Waste Services
2608 South Damen
Chicago, Il 60608

Ameri-Source Publications
P.O. Box 2661
Champlain NY 12919

AT & T
Billing Payment Center
Saginaw  MI  48663-0003

Bell Boyd & Lloyd
Attention:  Lawrence Mays
70 West Madison
Chicago, Il 60602

BMW Truck Repair
3701 S. Iron Street
Chicago, Il 60609

Bruce Jackson
150 North Wacker Drive
Suite 2600
Chicago, Il 60606

Burt & Associates
5204 Tennyson Parkway
Suite 300
Plano Texas 75024

Murphy Lemon & Assoc
P.O. Box 2206
DesPlaines, IL 60017-2206

Carson Tire Service
1627 West Hubbard
Chicago, IL 60622

Chicago International Trucks
94360 Eagle Way
Chicago, Il 60678-9430

Cimco Communications
1901 S. Meyers Road
Suite 700
Oakbrook Terrace IL 60181

Cingular Wireless
P.O. Box 6428
Carol  Stream Il 60197

City of Chicago
Dept. of Water
P.O. Box 6330
Chicago, Il.  60680-6330

City of Chicago
Law Department
30 North LaSalle Suite 800
Chicago, IL 60602

City of Chicago Department of Revenue
P.O. Box 88292
Chicago, IL  60680-1292

Claim Assist: Rush University
Two Wells Avenue
Newton MA 02459

Clovis & Roche
P.O. Box 1164
Metairie LA  70004

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Corliss, Inc
c/o McCarthy Duffy Nexhart
180 North LaSalle
Chicago, Il 60602

Credit Decisions International Ltd
P.O. Box 1394
Park Ridge IL 60068

CT Corporation
208 South LaSalle Street
Suite 814
Chicago, IL 60604

D&B RMS
340 Interstate N. Parkway
P.O. 723001
Atlanta  GA  31139

Constantine Harvalis
224 South Michigan Avenue
Suite 800
Chicago, Il 60604

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville Fl 32256

G& S Trailer
13171/13606
3359 South Lawndale
Chicago, Il 60623

G&S Trailer Repair Ltd
3359 S. Lawndale
Chicago, IL 60623

GE Capital
P.O. Box  532617
Atlanta GA 30353-2617

Gene Goodwillie Company
1820 North 30th Ave
Melrose Park Il 60160

Genesis Logistics
1942 Shawnee Road
Eagan, MN 55122

Grant Holt & Shuman
30 North LaSalle Street
Suite 3400
Chicago, Il 60602

Hinckley Springs
4170 Tanner Creek Dr.
Flowery Branch

Kaxman Publications
P.O. Box 3542
Champlain  NY  12919-3542

Kendric Truit
c/o Frank Santilla
111 West Washington
Chicago, IL 60602

Law Office of Jack Rottner
P.O. Box 19417
Chicago, IL 60610

Leader Box Corporation
4831 South May St
Chicago, IL 60622

MCI
P.O. Box 371838
Pittsburg  PA  15250-7838

Metropolitan Properties of Chicago
310 South Michigan
Chicago, IL 60604

National Credit Systems
117 East 24th Street
5th Floor
New York, NY 10016

National Motor Freight Traffic
2200 Mill Road
Alexandria VA 22314-4687

National Pen Company
P.O. Box 55000
Detroit MI 48255-2745

Nationwide Credit Collection
9919 Roosevelt Road
Westchester, IL 60154

Navistar Financial
c/o Kevin Driscoll
One N. Wacker Drive Suite 4400
Chicago, Il   60606

Navistar Financial Corporation
c/o Kathleen N. Siegel
425 N. Martingale Road, 18th Flr
Schaumburg, IL 60173

NBIE c/o TIMS
6226 4th Street
Chesapeake Beach, MD  20732

Office Depot
P.O. Box 633204
Cincinatti  OH 45263

Pentagroup Financial
P.O. Box 742209
Houston TX 77274

Peoples Energy
130 East Randolph  Dr
Chicago, IL 60601

Pitney Bowes
P.O. Box 856042
Louisville  KY 40285-6042

Praxair Distribution
12000 Roosevelt Road
Hillside Il 60162

Pronger Smith Medical
17495 S. LaGrange Road
Tinley Park  IL  60477

Putze et al
c/o Lord Christopher
10 South LaSalle Suite 3500
Chicago, IL 60603

Roadway Express
P.O. Box 93151
Chicago, Il 60673-3151

Robert Schuman
8700 North Waukegan Road
Mortn Grove, Illinois 60053

Robert Stevenson
Winters Enright Salzetta
111 West Washington
Chicago, IL 60602

Roman Sukley
Office of the United States Trustee
227 West Monroe, Suite 3350
Chicago, Il 60604

Royal Publishing
7620 N. Harker Drive
Peoria IL 61615-1849

Schoen & Smith
200 West Adams, Suite 1005
Chicago, IL 60606

Stein & Rotman
105 West Madison
Chicago, IL 60602

Telecom Management
1315 Louis Avenue
Elk Grove Village IL 60007

Teller Levit & Silvertrust
11 East Adams
Chicago, Il 60603

Tommy Mooney
c/0 Sabrina Wilkins
407 South Dearborn
Chicago, IL 60605

Transword Systems, Inc
25 North East Point Blvd
Suite 750
Elk Grove Village 60007

Unicare
P.O. Box 5051
Bolingbrook IL 60440-5051

United Airlines Recovery Dept
P.O. Box 724
Norcross GA 30091

Verio Web Hosting
P.O. Box 972312
Dallas TX 73597

Verizon Wireless
P.O. Box 25506
Lehigh balley PA  18002-5006

Verizon Wireless
P.O. Box 6170
Carol Stream, IL 60197-6170

Warren  Oil
c/o Jack Rottner
P.O. Box 10417
Chicago, IL 60610

Xerox Capital Services
1301 Ridgeview Dr
Lewisville TX 75057


Yellow Book USA
1933 North Meacham Road
Suite 600
Schaumburg IL 60173

Yellow Book USA
193 FAB Plaza
Uniondale NY 11556-0193